# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MEDLINE INDUSTRIES, INC. ) | |
| ) | Civil Action No. 1:16-cv-3529 |
| Plaintiff, ) | |
| ) | The Honorable _____ |
| v. ) | |
| ) | Magistrate Judge _____ |
| ) | |
| C.R. BARD, INC. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendant. ) | |

## PLAINTIFF MEDLINE INDUSTRIES, INC.'S
## FINANCIAL DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 8.2, the undersigned counsel for Plaintiff Medline Industries, Inc. certifies that it has no parent corporation and that there is no publicly held corporation that owns 10 percent or more of its stock.

| | |
|---|---|
| Dated:  March 23, 2016 | Respectfully submitted,<br><br>s/ Allen E. Hoover<br>Allen E. Hoover (IL 06216256)<br>ahoover@fitcheven.com<br>Fitch, Even, Tabin & Flannery LLP<br>Suite 1600<br>120 South LaSalle Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 577-7000<br>Facsimile:  (312) 577-7007<br><br>Thomas J. Friel, Jr. (pro hac vice to be filed)<br>tfriel@cooley.com<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel:  (415) 693-2000<br>Fax: (415) 693-2222<br><br>Stephen R. Smith (pro hac vice to be filed)<br>stephen.smith@cooley.com<br>Cooley LLP<br>1299 Pennsylvania Ave., N.W., Ste. 700<br>Washington, D.C. 20004-2400<br>Tel:  (202) 842-7800<br>Fax:  (202) 842-7899<br><br>Jim Brogan (pro hac vice to be filed)<br>jbrogan@coole.com<br>Brian J. Eutermoser (pro hac vice to be filed)<br>beutermoser@cooley.com<br>Cooley LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021<br>Tel: (720) 466-4000<br>Fax: (720) 466-4099<br><br>Christopher C. Campbell (pro hac vice to be filed)<br>ccampbell@cooley.com<br>Erik B. Milch (pro hac vice to be filed)<br>emilch@cooley.com<br>Kevin A. Lake (pro hac vice to be filed)<br>klake@cooley.com<br>Cooley LLP<br>One Freedom Square – Reston Town Center<br>11951 Freedom Drive<br>Reston, Virginia 20352-5656<br>Tel:  (703) 456-8000<br>Fax:  (703) 456-8100<br><br>*Attorneys for Plaintiff Medline Industries, Inc.* |