IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEDLINE INDUSTRIES, INC.<br><br>                Plaintiff,<br>    v.<br><br>C.R. BARD, INC.<br><br>                Defendant. | Civil Action No. 1:16-cv-03529<br><br>The Honorable Martha M. Pacold |

**UNOPPOSED MOTION TO MODIFY CAPTION TO REFLECT NAME CHANGE**

Plaintiff respectfully moves to modify the caption in this case to reflect Medline's conversion under Illinois law from Medline Industries, Inc. to Medline Industries, LP.

Specifically, pursuant to Section 205 of the Illinois Entity Omnibus Act, Medline Industries, Inc. has converted from an Illinois corporation into Medline Industries, LP, an Illinois limited partnership. Counsel for Medline conferred with counsel for C.R. Bard, Inc. ("Bard"), who confirmed that Bard does not oppose modifying the caption to reflect the change to Medline Industries, LP.

Accordingly, Medline respectfully requests that the Court modify the caption of this case to reflect that change, as follows:

| | |
|---|---|
| MEDLINE INDUSTRIES, LP<br><br>                Plaintiff,<br>    v.<br><br>C.R. BARD, INC.<br><br>                Defendant. | Civil Action No. 1:16-cv-03529<br><br>The Honorable Martha M. Pacold |

Dated: January 18, 2022  Respectfully submitted,

/s/ *Thomas D. Rein*
Thomas D. Rein (IL 6186187)
trein@sidley.com
Stephanie P. Koh (IL 6279210)
skoh@sidley.com
Nathaniel C. Love (IL 6303857)
nlove@sidley.com
Gwen Hochman Stewart (IL 6300029)
gstewart@sidley.com
Courtney E. Cronin (IL 6326779)
courtney.cronin@sidley.com
**Sidley Austin LLP**
One South Dearborn
Chicago, IL, 60603
Telephone: (312) 853-7000

Allen E. Hoover (IL 6216256)
ahoover@fitcheven.com
Stanley A. Schlitter (IL 2488604)
sschlitter@fitcheven.com
Joseph F. Marinelli (IL 6270210)
jmarinelli@fitcheven.com
Nicole L. Little (IL 6297047)
nlittle@fitcheven.com
**Fitch, Even, Tabin & Flannery LLP**
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
Telephone: (312) 577-7000

*Attorneys for Plaintiff Medline Industries, LP*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing is being served by CM/ECF on January 18, 2022 to all counsel of record.

                                                /s/ *Thomas D. Rein*