IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEDLINE INDUSTRIES, LP<br><br>   Plaintiff,<br><br> v.<br><br>C.R. BARD, INC.<br><br>   Defendant. | Civil Action No. 1:16-cv-03529<br><br>The Honorable Martha M. Pacold |

**PLAINTIFF MEDLINE INDUSTRIES, LP'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Plaintiff Medline Industries, LP certifies as follows:

Medline Industries, LP (f/k/a Medline Industries, Inc.) is wholly owned by Medline Borrower, LP, which is in turn wholly owned by Medline Intermediate, LP, which is in turn wholly owned by Mozart Holdings, LP. Each of the following groups (either directly and/or indirectly through one or more intervening holding companies) owns more than 5% of the limited partnership interests of Mozart Holdings, LP: (1) investment funds affiliated with and controlled by Blackstone Inc., which is a publicly traded company; (2) investment funds affiliated with and controlled by The Carlyle Group Inc., which is a publicly traded company; (3) investment funds affiliated with and controlled by Hellman & Friedman LLC, which is not a publicly traded company; (4) Mozart HoldCo, Inc., which is not a publicly traded company; and (5) Hux Investment Pte. Ltd., which is affiliated with GIC Pte. Ltd., which is not a publicly traded company. Additionally, various individuals and entities—none of which are publicly traded—have minority or profits interests in Mozart Holdings, LP.

1

Dated: January 18, 2022                                 Respectfully submitted,

/s/ *Thomas D. Rein*

Thomas D. Rein (IL 6186187)
trein@sidley.com
Stephanie P. Koh (IL 6279210)
skoh@sidley.com
Nathaniel C. Love (IL 6303857)
nlove@sidley.com
Gwen Hochman Stewart (IL 6300029)
gstewart@sidley.com
Courtney E. Cronin (IL 6326779)
courtney.cronin@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL, 60603
Telephone: (312) 853-7000

Allen E. Hoover (IL 6216256)
ahoover@fitcheven.com
Stanley A. Schlitter (IL 2488604)
sschlitter@fitcheven.com
Joseph F. Marinelli (IL 6270210)
jmarinelli@fitcheven.com
Nicole L. Little (IL 6297047)
nlittle@fitcheven.com
Andrew C. Wood (IL 6324865)
awood@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
Telephone: (312) 577-7000

*Attorneys for Plaintiff Medline Industries, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing is being served by CM/ECF on January 18, 2022 to all counsel of record.

                     /s/ *Thomas D. Rein*