IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEDLINE INDUSTRIES, LP, <br><br>  Plaintiff, <br><br> v. <br><br> C.R. BARD, INC., <br><br>  Defendant. | Civil Action No.: 1:16-cv-03529 <br><br> The Honorable Martha M. Pacold |

**PLAINTIFF MEDLINE INDUSTRIES, LP'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Plaintiff Medline Industries, LP certifies as follows:

Plaintiff Medline Industries, LP is wholly owned by Medline Borrower, LP, which is in turn wholly owned by Medline Intermediate, LP, which is in turn wholly owned by Mozart Holdings, LP. Each of the following entities and/or individuals owns, either directly and/or indirectly, 5% or more of the limited partnership interests of Mozart Holdings, LP, and thus 5% or more of Plaintiff Medline Industries, LP: BCP Mozart Aggregator L.P.; BCP 8 Mozart Feeder L.L.C.; Blackstone Capital Partners VIII AIV L.P.; CP Circle Holdings, L.P.; CP VII Circle, L.P.; CP VII Circle Corp.; CP VII Circle Holdings, L.P.; Hellman & Friedman Investors X, L.P.; Hellman & Friedman Capital Partners X, L.P.; Hellman & Friedman Capital Partners X (Parallel), L.P.; H&F Mend Corp, Inc.; H&F Mend AIV I, L.P.; Mend Investment Holdings I, L.P.; Mozart HoldCo, Inc.; Hux Investment Pte. Ltd.; GIC (Ventures) Pte. Ltd.; Enterprise Holding Pte. Ltd.; Charles N. Mills; and Charles N. Mills Gift Trust.

1

Dated: February 9, 2024

Respectfully submitted,

*/s/ Terra L. Reynolds*

Terra L. Reynolds (ARDC No. 6278858)
LATHAM & WATKINS LLP
330 North Wabash Ave. Ste. 2800
Chicago, Illinois 60611
Phone: (312) 876-7700
Facsimile: (312) 993-9767
terra.reynolds@lw.com

Maximilian A. Grant (ARDC No. 6237213)
LATHAM & WATKINS LLP
555 Eleventh St., NW, Ste. 1000
Washington, District of Columbia 20004
Phone: (202) 637-2200
Facsimile: (202) 637-2201
max.grant@lw.com

Gregory K. Sobolski (*pro hac vice*)
Brett M. Sandford (*pro hac vice*)
Gabrielle LaHatte (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery St., Ste. 2000
San Francisco, California 94111
Phone: (415) 391-0600
Facsimile: (415) 395-8095
greg.sobolski@lw.com
brett.sandford@lw.com
gabrielle.lahatte@lw.com

*Counsel for Plaintiff Medline Industries, LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served by CM/ECF on February 9, 2024 to all counsel of record.

By: */s/ Terra L. Reynolds*
Terra L. Reynolds